UNITED STATES, Appellee

v

"C" DeWITT BAYES, Private First Class, U. S. Marine Corps, Appellant

11 USCMA 767, 29 CMR 583

No. 14,237

Decided August 5, 1960

*Lieutenant Leo F. O'Brien,* USN, was on the brief for Appellant, Accused.
*Lieutenant Martin Drobac,* USNR, was on the brief for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The accused petitioned this Court for review of his conviction by a special court-martial. The record of trial shows that as to specification 3, Charge I, evidence that the accused refused to

make a pretrial statement in reliance on his rights under Article 31, Uniform Code of Military Justice, 10 USC § 831, was improperly admitted. United States v Kowert, 7 USCMA 678, 23 CMR 142. Accordingly, the petition for review is granted and the decision of the board of review as to specification 3, Charge I, and the sentence is set aside. The record of trial is returned to the board of review for reconsideration. In its discretion it may dismiss specification 3, Charge I, and reassess the sentence on the basis of the remaining findings of guilty or order a rehearing on that specification and the sentence.